IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PAINTING INDUSTRY OF HAWAII HEALTH AND WELFARE FUND, etc., et al., | ) ) ) ) | CIVIL 11-00472-DAE-KSC |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| A & J PAINTING, LLC, a Hawaii corporation, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 28, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AND AWARD DAMAGES AGAINST

DEFENDANT A & J PAINTING, LLC," docket entry no. 11, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 17, 2012.



_____
David Alan Ezra
United States District Judge

Painting Industry of Hawaii Health and Welfare Fund, etc., et al. vs. A & J Painting, LLC, et al., Civil No. 11-00472-DAE-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION